

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-24-00343-CR |
| IN RE | § | Appeal from the |
| DEVORIS NEWSON, | § | 384th Judicial District Court |
| Relator. | § | of El Paso County, Texas |
| | § | (TC# 20240D01344, 20240D01345, and 20240D04878) |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Patrick Garcia of the 384th Judicial District Court of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF NOVEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.